CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

April 27, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CHRISTOPHER M. CLAY,                )
                                    )
        Plaintiff,                  )       Case No. 7:25-cv-00104
                                    )
v.                                  )       **MEMORANDUM OPINION**
                                    )
PAMELA NORTON, *et al.*,            )       By:    Hon. Thomas T. Cullen
                                    )              United States District Judge
        Defendants.                 )

Plaintiff Christopher M. Clay, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983 against Defendants Pamela Norton, Crystal Large, Wexler Medical Resources, SWVRJA - Haysi, SWVRJA - Duffield, and SWVRJA - Abingdon. (*See* ECF No. 1.)

On February 25, 2026, the court granted Plaintiff's motions for leave to proceed *in forma pauperis* and directed Plaintiff to provide the court with addresses at which each Defendant can be served to assist the clerk in notifying the Defendants of this action pursuant to Federal Rule of Civil Procedure 4 within 45 days. (ECF No. 16, at 1–2.) The court advised Plaintiff that failure to provide the court with this information could result in dismissal of this action. (*Id.* at 2.)

More than 45 days have passed and Plaintiff has not provided the court with any addresses at which Defendants can be served. Because Plaintiff has not complied with the court's order and has not provided the court with the addresses necessary to accomplish service in this case, the court will dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b).

The clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 27th day of April, 2026.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE